IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:10-CV-172-FL

|  |  |  |
|---|---|---|
| **MORGAN KELLY, et al,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

Upon Plaintiffs' Motion for Leave to Seal Document, for good cause shown, and upon agreement of the parties, it is hereby ORDERED that the document, DE # 58-2, previously filed in this action shall be and remain SEALED.

SO ORDERED, this the 29 day of August, 2012.

_____
LOUISE W. FLANAGAN
United States District Judge