IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:10-CV-172-FL

| | | |
|---|---|---|
| MORGAN KELLY, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

UPON CONSIDERATION of the parties' Joint Motion for Court-Hosted Settlement Conference, and for good cause shown,

It is hereby ORDERED that the Motion is GRANTED, and this case is referred to <u>U.S. Magistrate Judge James E. Gates</u> for purposes of scheduling a Court-Hosted Settlement Conference pursuant to Local Rule 101.2.

SO ORDERED, this <u>14th</u> day of January, 2016.

_____
LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE